UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARK TRISTAN WALLS | ) | |
| ELENORA LOUISA ANDREWS WALLS, | ) | CASE NO. 18-53319-pmb |
| | ) | |
| Debtors. | ) | |

## MOTION TO APPROVE DEED IN LIEU OF FORECLOSURE AND APPLICATION FOR FEES

COME NOW the Debtors in the above-styled Chapter 13 case, by and through counsel, and filed this "Motion to Approve Deed In Lieu of Foreclosure and Application for Fees" by showing to this Honorable Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1334, 151, and 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. 1409.

3.

This matter is a core proceeding as defined in 28 U.S.C. Section 157(b)(2)(D).

4.

The Debtors filed the Petition for relief in the above-styled Chapter 13 case on February 28, 2018.  The Chapter 13 Plan was confirmed on May 24, 2018.  The Plan calls for a 100% dividend to unsecured creditors.

5.

In the Chapter 13 schedules, the Debtors list an interest in real property located at 3851 Wieuca Rd., NE, Atlanta, GA 30342.

6.

The Debtors have negotiated a Deed in Lieu of Foreclosure with Wells Fargo Home Mortgage in reference to the above property and request approval of the Deed In Lieu of Foreclosure from this Court.  See attached conditional approval.

7.

The principal balance at the time the case was filed was $819,519.30 according to Proof of Claim No. 3 filed by HSBC Bank USA, National Association as Trustee.  The Debtors were delinquent on their mortgage when they filed this case in the approximate amount of $197,074.83.

8.

The proposed Deed in Lieu of Foreclosure will allow the Debtors to voluntarily transfer ownership of the house to the mortgage servicer, Wells Fargo Home Mortgage.

9.

The Debtors believe that the Deed In Lieu of Foreclosure is in the best interest of the estate, Debtors, and creditors and that such Deed In Lieu of Foreclosure will assist in the effectuation of the Debtors' financial reorganization.

10.

Pursuant to Paragraph 4 (B) of Debtors' Chapter 13 Plan, Jakob-Barnes, Law Firm, LLC is entitled to additional compensation, for specific services agreed to by Debtors and rendered on behalf of Debtors, as listed in Paragraph 6 of Debtors "Disclosure of Compensation Statement of Attorney for the Debtors" filed in this case.

11.

Jakob-Barnes Law Firm, LLC, is applying for allowance and payment of $300.00 for the above action as set forth in the Disclosure Statement filed in this case and § 4.3 of the Debtors' confirmed plan.

**WHEREFORE**, Debtors pray:

a) that this motion be filed, read, and considered;

b) that this motion be granted; and,

c) that this honorable Court grant such other relief as it deems just and proper.

Respectfully submitted:

 /s/ Jennifer Jakob-Barnes
Jennifer Jakob-Barnes
Attorney for Debtors
Georgia Bar No. 112233

Jakob-Barnes Law Firm, LLC
333 Sandy Springs Circle, NW
Suite 224
Atlanta, GA 30328
(P) 404-255-3837
(F) 404-255-3852

CERTIFICATE OF SERVICE

I certify that true and correct copies of the debtors' **Motion to Approve Deed In Lieu of Foreclosure and Application for Fees** have been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed for delivery to:

**TRUSTEE:**
Melissa Davey
Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303
*Via ECF*

**DEBTORS:**
Mark Tristan Walls
Elenora Louisa Andrews Walls
3851 Wieuca Rd, NE
Atlanta, GA 30342

HSBC Bank USA, National Association as Trustee
c/o Wells Fargo Bank as Servicer
Default Document Processing
N928-01Y, 1000 Blue Gentian Road
Eagan, MN 55121-7700

Shapiro Pendergast & Hasty, LLP
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346

And all creditors listed in the matrix attached

Dated: July 2, 2018

Respectfully Submitted,

　/s/ Jennifer Jakob-Barnes
Jennifer Jakob-Barnes
Attorney for Debtor
Georgia Bar No. 112233

Jakob-Barnes Law Firm, LLC
333 Sandy Springs Circle, NW
Suite 224
Atlanta, GA 30328
(P) 404-255-3837
(F) 404-255-3852