

**IT IS ORDERED as set forth below:**

**Date: July 24, 2018**

                                          *Paul Baisier*

                         **Paul Baisier**
                    **U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARK TRISTAN WALLS | ) | |
| ELENORA LOUISA ANDREWS WALLS, | ) | CASE NO. 18-53319-pmb |
| | ) | |
| Debtors. | ) | |

### CONSENT ORDER APPROVING DEED IN LIEU OF FORECLOSURE AND DENYING FEE APPLICATION

This matter is before the Court via the Debtors' "Motion to Approve Deed in Lieu of Foreclosure and Application for Fees" ("the Motion"), which was filed in the above-styled Chapter 13 case on July 2, 2018 (Doc No. 32). The Motion seeks to approval of Debtors proceeding with a Deed in Lieu of foreclosure. Upon notice, hearing was held on July 19, 2018. At the call of calendar, an appearance was made by counsel for the Debtors and counsel for the Chapter 13 Trustee. No appearances were made by any other

Party-in-interest. Chapter 13 Trustee and Debtors have come to an agreement, accordingly it is hereby

**ORDERED** that the Debtors' Motion is **GRANTED**: Debtors may proceed with the Deed in Lieu of Foreclosure.

**IT IS FURTHER ORDERED** that Debtors' Attorney's Application for Fees is **DENIED** for service issues.

[**END OF DOCUMENT**]

Prepared by:

/s/_____
Jennifer A. Jakob-Barnes
Attorney for Debtors
Georgia Bar No. 112233
Jakob-Barnes Law Firm, LLC
333Sandy Springs Circle, NE,
Suite 224
Atlanta, GA 30328
(P) 404-255-3837
Jennifer@sandyspringsbankruptcy.com



Consented to by:
       s/_____
Jason Rogers
Staff Attorney for Melissa Davey
Standing Chapter 13 Trustee
Ga. Bar No. 142575
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

## **DISTRIBUTION LIST**

Melissa Davey
Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Mark Tristan Walls
Elenora Louisa Andrews Walls
3851 Wieuca Rd, NE
Atlanta, GA 30342

HSBC Bank USA, National Association as Trustee
c/o Wells Fargo Bank as Servicer
Default Document Processing
N928-01Y, 1000 Blue Gentian Road
Eagan, MN 55121-7700

Shapiro Pendergast & Hasty, LLP
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346

Jakob-Barnes Law Firm, LLC
333 Sandy Springs Circle, NE
Suite 224
Atlanta, GA 30328