**IT IS ORDERED as set forth below:**



**Date: July 24, 2018**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARK TRISTAN WALLS | ) | |
| ELENORA LOUISA ANDREWS WALLS, | ) | CASE NO. 18-53319-pmb |
| | ) | |
| Debtors. | ) | |

---

**CONSENT ORDER APPROVING DEED IN LIEU OF FORECLOSURE
AND DENYING FEE APPLICATION**

This matter is before the Court via the Debtors' "Motion to Approve Deed in Lieu of Foreclosure and Application for Fees" ("the Motion"), which was filed in the above-styled Chapter 13 case on July 2, 2018 (Doc No. 32). The Motion seeks to approval of Debtors proceeding with a Deed in Lieu of foreclosure. Upon notice, hearing was held on July 19, 2018. At the call of calendar, an appearance was made by counsel for the Debtors and counsel for the Chapter 13 Trustee. No appearances were made by any other

Party-in-interest. Chapter 13 Trustee and Debtors have come to an agreement,

accordingly it is hereby

   **ORDERED** that the Debtors' Motion is **GRANTED**: Debtors may proceed with

the Deed in Lieu of Foreclosure.

   **IT IS FURTHER ORDERED** that Debtors' Attorney's Application for Fees is

**DENIED** for service issues.

   [**END OF DOCUMENT**]

Prepared by:

/s/_____
Jennifer A. Jakob-Barnes
Attorney for Debtors
Georgia Bar No. 112233
Jakob-Barnes Law Firm, LLC
333Sandy Springs Circle, NE,
Suite 224
Atlanta, GA 30328
(P) 404-255-3837
Jennifer@sandyspringsbankruptcy.com



Consented to by:
   s/_____
Jason Rogers
Staff Attorney for Melissa Davey
Standing Chapter 13 Trustee
Ga. Bar No. 142575
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

# **DISTRIBUTION LIST**

Melissa Davey
Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Mark Tristan Walls
Elenora Louisa Andrews Walls
3851 Wieuca Rd, NE
Atlanta, GA 30342

HSBC Bank USA, National Association as Trustee
c/o Wells Fargo Bank as Servicer
Default Document Processing
N928-01Y, 1000 Blue Gentian Road
Eagan, MN 55121-7700

Shapiro Pendergast & Hasty, LLP
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346

Jakob-Barnes Law Firm, LLC
333 Sandy Springs Circle, NE
Suite 224
Atlanta, GA 30328

United States Bankruptcy Court
Northern District of Georgia

In re:
Mark Tristan Walls
Elenora Louisa Andrews Walls
     Debtors

Case No. 18-53319-pmb
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-9  User: avilesj  Page 1 of 1  Date Rcvd: Jul 24, 2018
                            Form ID: pdf424  Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.
db/jtdb         +Mark Tristan Walls,   Elenora Louisa Andrews Walls,   3851 Wieuca Rd, NE,    Atlanta, GA 30342-4332
                 HSBC Bank USA, National Assoc.as Trustee,   c/o Wells Fargo Bank as Servicer,    Default Document Processing,   N928-01Y, 1000 Blue Gentian Road,   Eagan, MN 55121-7700
                +Shapiro Pendergast & Hasty, LLP,   211 Perimeter Center Parkway, N.E.,   Suite 300,    Atlanta, GA 30346-1305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:
      Jennifer A. Jakob-Barnes    on behalf of Debtor Mark Tristan Walls    jennifer@sandyspringsbankruptcy.com,  jakobbankruptcyecf@gmail.com;R43202@notify.bestcase.com
      Jennifer A. Jakob-Barnes    on behalf of Joint Debtor Elenora Louisa Andrews Walls    jennifer@sandyspringsbankruptcy.com,  jakobbankruptcyecf@gmail.com;R43202@notify.bestcase.com
      Lucretia Lashawn Scruggs    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION    GAECFNotifications@logs.com,  lscruggs@logs.com
      Melissa J. Davey    mail@13trusteeatlanta.com,    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
      Taylor S. Mansell    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION    tmansell@logs.com,  gaecfnotifications@logs.com
                                                                                             TOTAL: 5